ClientCaseID:   N7673 AEPE
Law Firm ID:    WHITFIEL



CaseReturnDate: 7/16/08

Affidavit of SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT

Case Number 08CV3399

I, KEITH R. BOCKELMANN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

### CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT  AL TRIEBER ASSOCIATES, INC.
PERSON SERVED  AL TREIBER
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 7/1/08

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:
Sex  MALE    Race  WHITE    Age  64
Height  6'0"    Build  MEDIUM    Hair  GREY

LOCATION OF SERVICE   328 N PLUM GROVE ROAD
PALATINE, IL, 60067

Date Of Service  7/1/08       Time of Service  8:06 PM

KEITH R. BOCKELMANN                    7/7/2008
SPECIAL PROCESS SERVER
P.E.R.C. 0129-125251

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

LARUE BEY                                6/18/2008
SPECIAL PROCESS SERVER
PERC # 129-299771

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.