IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>AL TRIEBER ASSOCIATES, INC.<br><br>    Defendant. | CASE NO. 08CV3399<br><br>JUDGE ZAGEL |

**MOTION FOR DEFAULT JUDGMENT**

     Plaintiffs, by its attorney, Amy Elizabeth Paluch Epton, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendant's failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

     1.     Plaintiffs filed their complaint on June 12, 2008 and the summons and complaint was personally served on Al Treiber on July 1, 2008. **(Exhibit A, Affidavit of Service)**

     2.     The Defendant has failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

     3.     At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay the ERISA contributions based on those hours.

     4.     The Plaintiffs audited the books and records of the Defendant to verify that all contributions were submitted. The audit revealed that the Defendant breached

the provisions of the Collective Bargaining Agreement by underpaying contributions that are owed to the Trust Funds based upon the hours worked by employees and/or measured by the hours worked by subcontractors during the period of October 2005 – June 2007. The contributions owed to the Trust Funds as a consequence of this breach are $16,848.63. (**Exhibit B Affidavit of James Rosemeyer**)

5. The Defendant owes liquidated damages on unpaid ERISA contributions in the amount of $3,369.73 for the period October 2005 to the present) pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(iii). (**Exhibit B**) The Defendant also owes $1,857.47 in interest for the same period.

6. The Defendant owes the sum of $2,655.00 for necessary and reasonable attorney fees and costs of $460.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). (**Exhibit C Affidavit of Amy Elizabeth Paluch Epton**)

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of $25,190.83.

Respectively submitted,

/s/ Amy Elizabeth Paluch Epton
Attorney for the Plaintiffs

Amy Elizabeth Paluch Epton
Attorney No. 6278817
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

# EXHIBIT A

ClientCaseID:  N7673 AEPE
Law Firm ID:   WHITFIEL



CaseReturnDate:  7/16/08

Affidavit of SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT

Case Number 08CV3399

I, KEITH R. BOCKELMANN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

### CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT  AL TRIEBER ASSOCIATES, INC.
PERSON SERVED  AL TREIBER
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 7/1/08

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:
Sex  MALE    Race  WHITE    Age  64
Height  6'0"    Build  MEDIUM    Hair  GREY

LOCATION OF SERVICE   328 N PLUM GROVE ROAD
PALATINE, IL, 60067

Date Of Service  7/1/08    Time of Service  8:06 PM

KEITH R. BOCKELMANN                          7/7/2008
SPECIAL PROCESS SERVER
P.E.R.C. 0129-125251

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

LARUE BEY                                     6/18/2008
SPECIAL PROCESS SERVER
PERC # 129-299771

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, <br><br> Plaintiffs, <br><br> v. <br><br> AL TREIBER ASSOCIATES, INC. <br><br> Defendant. | CASE NO. 08CV3399 <br><br> JUDGE ZAGEL |

### DECLARATION OF JAMES ROSEMEYER

Pursuant to 28 U.S.C. § 1746, I, James Rosemeyer, do declare under penalty of perjury that the following is true and correct:

1. I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund (collectively, the "Trust Funds"), and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2. The Defendant executed an Agreement with the Chicago Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3. Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4. Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports, which list the number of hours worked by its carpenter employees, and the Defendant is required to pay contributions based upon the hours listed.

5. The Plaintiffs audited the books and records of the Defendant to verify that all contributions were submitted. The audit revealed that the Defendant breached the provisions of the Collective Bargaining Agreement by underpaying contributions that are owed to the Trust Funds based upon the hours worked by employees and/or measured by the hours worked by subcontractors during the period of October 2005 – June 2007. The contributions owed to the Trust Funds as a consequence of this breach are $16,848.63.6.

6. Because of its failure to pay past contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $3,369.73 for the period October 2005 through the present. The amount of interest owed is $1,857.47 for the same period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date 9/3/08

_____
James Rosemeyer, Contributions Manager

# EXHIBIT C

**STERN PROCESS & INVESTIGATION, LLC**
205 W. RANDOLPH ST 730
CHICAGO, IL, 60606

TaxId: 04-3801615

Phone: (312) 853 - 2150  Fax: (312) 853 - 3119

WHITFIELD, MCGANN & KETTERMAN
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601

Phone (312)-251-9700  Fax (312)-251-9701

Plaintiff: Trusttes of the Chicago Reg. Council of Carpension Fund, et al.  Client Case# N7673 AEPE  Court Case# 08CV3399
County: UNITED STATES DISTRICT COURT

| Invoice# | 189483 | Server Name: | KEITH R. BOCKELMANN |
|---|---|---|---|
| Defendant 1: | AL TRIEBER ASSOCIATES, INC. | CORPORATE SERVICE | AL TREIBER |
| Defendant 2: | | | |

Date of Service: 7/1/2008  Service Time: 8:06:00 PM  Invoice Date: 7/7/2008  Final Invoice Date: 7/10/2008

Location of Service 328 N PLUM GROVE ROAD, PALATINE, IL, 60067

| Delivery Charge | Bad Address | Filing | Database Charge | Skip Trace | Rush | Investigation | Mileage | Total |
|---|---|---|---|---|---|---|---|---|
| $55.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55.00 |

Case Return Date: 7/16/2008  Payment Date: 8/11/2008  Amount Received: $55.00  Check No: 39314

| Invoice# | 189193 | Server Name: | LARUE BEY |
|---|---|---|---|
| Defendant 1: | AL TRIEBER ASSOCIATES, INC. | NON-SERVICE | |
| Defendant 2: | | | |

Date of Service: 6/17/2008  Service Time: 2:22:00 PM  Invoice Date: 6/18/2008  Final Invoice Date: 7/10/2008

Location of Service 3 First National Plaza 2350, Chicago, IL, 60602

| Delivery Charge | Bad Address | Filing | Database Charge | Skip Trace | Rush | Investigation | Mileage | Total |
|---|---|---|---|---|---|---|---|---|
| $0.00 | $55.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55.00 |

Case Return Date: 7/16/2008  Payment Date: 7/16/2008  Amount Received: $55.00  Check No: 39232

Grand Total: $110.00
Amount Received: $110.00
Balance Due: $0.00

| 9/4/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 12:28 PM | Slip Listing | Page | 1 |

### Selection Criteria

Slip.Date           Earliest - 9/4/2008
Slip.Classification Open
Case (hand select)  Include: CTF-A./N7673/08631

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 359161      TIME<br>6/5/2008<br>Billed    G:73743    7/1/2008<br>Initial review of the file. Research as to the corporate status and alternate company names. | AEPE<br>Billable<br>CTF-A./N7673/08631 | 1.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 262.50 |
| 359220      TIME<br>6/5/2008<br>Billed    G:73743    7/1/2008<br>Computer Research Fees/CD ROM Research as to the corporate status and alternate company names. | CPW<br>Lexis<br>CTF-A./N7673/08631 | 0.50<br>0.00<br>0.00<br>0.00 | 130.00<br>A@1 | 65.00 |
| 359221      TIME<br>6/6/2008<br>Billed    G:73743    7/1/2008<br>Prepared Federal Civil suit for Audit Delinquencies; Prepared Federal Summons; Prepared civil cover sheet and appearance. | AEPE<br>Billable<br>CTF-A./N7673/08631 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 359542      TIME<br>6/12/2008<br>Billed    G:73743    7/1/2008<br>Prepare correspondence to legal process server Scott Forrest Stern & Associates, Inc. regarding service of the summons and complaint on the defendant; prepare correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds regarding the filling of the complaint; enclose copy of the summons and complaint; docket follow-up dates for service. | AEPE<br>Billable<br>CTF-A./N7673/08631 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |
| 360667      EXP<br>6/12/2008<br>Billed    G:73743    7/1/2008<br>FILING FEE | CPW<br>$DC<br>CTF-A./N7673/08631 | 1 | 350.00 | 350.00 |

| 9/4/2008 | | WHITFIELD, McGANN & KETTERMAN | | | | |
| 12:28 PM | | Slip Listing | | | Page | 2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 359629<br>6/13/2008<br>Billed        G:73743     7/1/2008<br>Reviewed filing. Updated status for judicial assignment. | TIME | AEPE<br>Billable<br>CTF-A./N7673/08631 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 360127<br>6/23/2008<br>Billed        G:73743     7/1/2008<br>Telephone call from legal process server Scott Forrest Stern & Associates, Inc.'s Nicole, with problems serving the registered agent. Drafted a new service of process. | TIME | AEPE<br>Billable<br>CTF-A./N7673/08631 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 360379<br>6/27/2008<br>Billed        G:73743     7/1/2008<br>Reviewed attempts at service, discussed same with process server. | TIME | AEPE<br>Billable<br>CTF-A./N7673/08631 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 361049<br>7/10/2008<br>Billed        G:73940     8/1/2008<br>Reviewed a letter sent by the company's attorney to Attorney David Lichtman, regarding the multiple claims, and the corporate status. Reviewed the file for this information. Discussion of same with Attorney Lichtman. | TIME | AEPE<br>Billable<br>CTF-A./N7673/08631 | 0.75<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 131.25 |
| 361143<br>7/14/2008<br>Billed        G:73940     8/1/2008<br>Reviewed the service of process for Al Treiber personally, the registered agent. Discussion of the issues with Attorney David Lichtman. Conference call with Attorney Lichtman and the opposing attorney for both cases. | TIME | AEPE<br>Billable<br>CTF-A./N7673/08631 | 0.75<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 131.25 |
| 361289<br>7/15/2008<br>Billed        G:73940     8/1/2008<br>Discussion of the calculation of liquidated damages, and opposing counsel's questions with Attorney David Lichtman. Review of how the two claims overlap. | TIME | AEPE<br>Billable<br>CTF-A./N7673/08631 | 0.35<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 61.25 |
| 361364<br>7/16/2008<br>Billed        G:73940     8/1/2008<br>Reviewed docket entry. SUMMONS | TIME | AEPE<br>Billable<br>CTF-A./N7673/08631 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |

| 9/4/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 12:28 PM | Slip Listing | Page | 3 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Returned Executed by Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund as to Al Treiber Associates, Inc. on 7/1/2008, answer due 7/21/2008., AFFIDAVIT of Service filed by Plaintiffs Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund, Defendant Al Treiber Associates, Inc. regarding Summons & Complaint served on Al Treiber on 07/01/2008 Diaried for default. | | | | |
| 361412      TIME<br>7/17/2008<br>Billed       G:73940      8/1/2008<br>Reviewed executed service of summons. Arranged for filing. Telephone call from the district court with questions. | AEPE<br>Billable<br>CTF-A./N7673/08631 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 362725      TIME<br>8/11/2008<br>Billed       G:74136      9/2/2008<br>Check process server's report for proper service of process. Review court file to determine if Answer filed; review office file for Answer; confirm Answer due dates; review U.S. District Court web site to verify the date and time that the presiding Judge hears motions; prepare motion for default judgment pursuant to F. Rul. Civ. P. 55 for failure to answer or otherwise plead. Draft correspondence to Carolyn Santoro, requesting breakdown of liquidated damages and interest. | AEPE<br>Billable<br>CTF-A./N7673/08631 | 3.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 525.00 |
| 363059      TIME<br>8/18/2008<br>Billed       G:74136      9/2/2008<br>Discussed the two suits with Attorney David Lichtman. Began drafting affidavits. Revisions to the Motion for Default, to include the liquidated damages and interest. | AEPE<br>Billable<br>CTF-A./N7673/08631 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

| 9/4/2008 | WHITFIELD, McGANN & KETTERMAN | | | |
|---|---|---|---|---|
| 12:28 PM | Slip Listing | | Page | 4 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 363104         TIME<br>8/19/2008<br>Billed        G:74136      9/2/2008<br>Drafted the affidavit of James Rosemeyer. | AEPE<br>Billable<br>CTF-A./N7673/08631 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |
| 363179         TIME<br>8/20/2008<br>Billed        G:74136      9/2/2008<br>Began drafting the attorneys' fees affidavit. | AEPE<br>Billable<br>CTF-A./N7673/08631 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 363821         TIME<br>9/2/2008<br>WIP<br>Completed the attorney affidavit. Reviewed the Complaint and made minor changes. Reviewed the affidavit for Trust Fund Manager James T. Rosemeyer, sent to him for signature. Reviewed the Judge's website for specifications about motions for default. | AEPE<br>Billable<br>CTF-A./N7673/08631 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable | 15.30 | | 3005.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 15.30 | | 3005.00 |

*— 350 Filing fee*

*$2,655.00*