IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, | ) ) ) ) ) ) ) | CASE NO. 08CV3399 |
| Plaintiffs, | ) ) | JUDGE ZAGEL |
| v. | ) ) | |
| AL TRIEBER ASSOCIATES, INC. | ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Al Treiber Associates, Inc.
      c/o Al Treiber
      328 N. Plum Grove Rd.
      Palatine, IL  60067

   PLEASE TAKE NOTICE that on **Tuesday, September 9, 2008** I shall appear before the Honorable Judge Zagel at approximately **10:15 a.m**. in Courtroom 2508 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Entry of Order of Judgment, a copy of which has been sent to you via U.S. Mail.

                    TRUSTEES of the CHICAGO REGIONAL COUNCIL
                    OF CARPENTERS PENSION FUND, et al.

                    /s/  Amy Elizabeth Paluch Epton

## CERTIFICATE OF SERVICE

   I, Amy Elizabeth Paluch Epton, Plaintiff's attorney hereby certify that I served the above and foregoing via U.S. first class mail to the person/s to who said Notice is directed on September 4, 2008.
                    /s/_Amy Elizabeth Paluch Epton

Attorney for Plaintiffs
Amy Elizabeth Paluch Epton (6278817)
Terrance B. McGann (6199967)
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701